# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SAMUEL BARKER

VERSUS

DARREL VANNOY, ET AL.

NO.  2021 CW 0147

**MAY 6, 2021**

---

In Re:    Samuel Barker, applying for supervisory writs, 20th
          Judicial District Court, Parish of West Feliciana, No.
          23640.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

    **WRIT DENIED.**  Relator failed to include a proposed order
with his motion to lift the stay.  <u>See</u> Louisiana District Court
Rules, Rule 9.8(a).

**PMc**

**WIL**

    **Guidry, J.,** dissents and would grant the writ with
instructions to the district court to proceed toward disposition
of relator's pro se motion to lift the stay if it has not
already done so.

COURT OF APPEAL, FIRST CIRCUIT

<u>DEPUTY CLERK OF COURT</u>
    FOR THE COURT

# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

SAMUEL BARKER

NO. 2021 CW 0147

VERSUS

DARREL VANNOY, ET AL.

**JUNE 21, 2021**

In Re: On motion of Samuel Barker, for reconsideration, 20th Judicial District Court, Parish of West Feliciana, No. 23640.

**BEFORE: GUIDRY, McCLENDON, AND LANIER, JJ.**

**APPLICATION FOR REHEARING DENIED.** An application for rehearing (titled herein as a "Motion for Reconsideration") will not be considered where this court denied the original writ application. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT